UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHERRY KOUNTZ                                                      CIVIL ACTION

VERSUS

THE MARTIN-BROWER CO., LLC                           NO.: 16-00583-BAJ-RLB

RULING AND ORDER

 Before the Court is the United States Magistrate Judge's Report and Recommendation (Doc. 8), pursuant to 28 U.S.C. § 636(b)(1), addressing the **Motion to Transfer Pursuant to 28 USC §1404 (Doc. 4)** and the **Unopposed Motion to Withdraw Notice of Removal and Be Remanded to State Court and Withdraw Motion to Transfer and Incorporated Memorandum in Support of Same (Doc. 7)** filed by The Martin-Brower Co., LLC ("Defendant"). In the Report and Recommendation, the Magistrate Judge recommends that Defendant's motion to withdraw be granted and that the action be remanded to the 18th Judicial District Court, West Baton Rouge Parish, Louisiana, for lack of subject matter jurisdiction under 28 U.S.C. § 1332(a). (Doc. 8 at p. 2).

 Pursuant to 28 U.S.C. § 636(b)(1)(C) and Federal Rule of Civil Procedure 72, the parties had fourteen (14) days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. No objections were filed.

18th JDC - certified

Having carefully considered the Petition and the relevant motions, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts the findings of fact, conclusions of law, and recommendations therein.

Accordingly,

**IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. 8) is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Defendant's **Unopposed Motion to Withdraw Notice of Removal and Be Remanded to State Court and Withdraw Motion to Transfer and Incorporated Memorandum in Support of Same (Doc. 7)** is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's **Motion to Transfer Pursuant to 28 USC §1404 (Doc. 4)** is **DENIED AS WITHDRAWN**.

**IT IS FURTHER ORDERED** that this action is **REMANDED** to the 18th Judicial District Court, West Baton Rouge Parish, Louisiana.

Baton Rouge, Louisiana, this 8th day of November, 2016.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**